**DISMISS; and Opinion Filed November 30, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01425-CV**
**No. 05-18-01426-CV**
**No. 05-18-01427-CV**

**IN RE STEVE F. SMILEY, Relator**

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-52454-H, F08-51675-H(A), and F08-51676-H(A)**

# MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Boatright

In this original proceeding, relator complains that the trial court erroneously recommended to the Texas Court of Criminal Appeals that relator's article 11.07 application for writ of habeas corpus should be denied. Relator seeks a writ of mandamus directing the trial court to correct the alleged error such that the Court of Criminal Appeals can review "Ground Four A" of relator's habeas application.

Relator was convicted of a felony offense, and his conviction is final. Only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings. *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (citing TEX. CODE CRIM. PROC.

ANN. art. 11.07). This Court lacks jurisdiction over relator's petition. Accordingly, we dismiss this proceeding for want of jurisdiction.

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

181425F.P05